## PITTSBURGH, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY v. PECK.

[No. 6,331. Filed February 19, 1909.]

APPEAL.—*Transfer.*—*Constitutional Law.*—Where an appeal presents a question of constitutional law, it will be transferred to the Supreme Court.

From Cass Circuit Court; *Joseph M. Rabb*, Special Judge.

Action by Charles M. Peck against the Pittsburgh, Cincinnati, Chicago & St. Louis Railway Company. From a judgment on a verdict for plaintiff for $4,000, defendant appeals. *Transferred to the Supreme Court.* (Transferred to the Appellate Court. [See 172 Ind. 19.] Transferred

again to Supreme Court. [See 44 Ind. App. —.] Transferred again to the Appellate Court. [See 172 Ind. 562.] Transferred again to the Supreme Court. [See 44 Ind. App. —.] For final decision, on appeal, see — Ind. —.)

*George E. Ross,* for appellant.

*Kistler & Kistler,* for appellee.

Per Curiam.—This action involves the consideration of section one of the employers' liability act (Acts 1893, p. 294, §8017 Burns 1908). Appellant insists that such act, as applied to it, is in conflict with the 14th amendment to the federal Constitution. The question is duly presented. The point is a new one. Other points are presented, but in our opinion they are not well taken. The jurisdiction to decide constitutional questions is in the Supreme Court.

This case is therefore transferred to the Supreme Court for decision.